IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SEAN MCDONALD                                                                                            PLAINTIFF

v.                                         Case No. 5:14-CV-05375

SHERIFF TIM HELDER; NURSE RHONDA
BRADLEY; and DR. MULLINS                                                                        DEFENDANTS

**O R D E R**

    Currently before the Court are the proposed findings and recommendations (Doc. 26) of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

    The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendant Time Helder's motion to dismiss (Doc. 6) is GRANTED IN PART and DENIED IN PART. The motion is granted insofar as all claims against Defendant Helder in his individual capacity are dismissed for failure to state a claim. The motion is denied in all other respects.

    IT IS SO ORDERED this 16th day of September, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE